UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMAN SINGH VIRK, | Case No.:  26-cv-934-JO-SBC |
| Petitioner, | |
| | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]** |
| v. | |
| KRISTI NOEM, *et al.*, | |
| Respondents. | |

For the reasons stated in the Court's February 24, 2025 minute order [Dkt. 5], the Court GRANTS the habeas petition [Dkt. 1] and ORDERS as follows:

1.     Respondents shall RELEASE Petitioner by 5 p.m. on February 25, 2026. Respondents shall file an affidavit attesting to Petitioner's release by 5 p.m. on February 26, 2026.

2.     Respondents are ENJOINED from redetaining Petitioner during the pendency of his removal proceedings without first providing a bond hearing before an immigration judge to justify his detention.  At any such hearing, the government must carry its burden of demonstrating, by clear and convincing evidence, that

1

26-cv-934-JO-SBC

Petitioner poses a danger to the public or a flight risk that warrants his detention. *See Singh v. Holder*, 638 F.3d 1196, 1203–05 (9th Cir. 2011).  The immigration judge must consider Petitioner's financial circumstances and alternatives to bond as necessary in setting conditions of release.  *See Hernandez*, 872 F.3d at 1000.

3.    Respondents shall file a declaration attesting to full compliance with these obligations.  Respondents are ENJOINED from redetaining Petitioner **until 48 hours after** filing the declaration.

**IT IS SO ORDERED.**

Dated: February 24, 2026

_____
Honorable Jinsook Ohta
United States District Judge

26-cv-934-JO-SBC